IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT M. MOOREHEAD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FINANCE OF AMERICA REVERSE LLC | ) |
| and COMPU-LINK CORPORATION | ) |
| *d/b/a* CELINK, | ) |
| | ) |
| Defendants. | )   Civil Action No. 6:24-CV-045-C |

## ORDER

The Court notes that the Parties have reached a settlement of all matters in controversy and filed a Notice of Settlement on August 5, 2024.

As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**. The Parties shall file dismissal documents within 60 days from the date of this Order.

SO ORDERED this 5th day of August, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE