IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROBERT M. MOOREHEAD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FINANCE OF AMERICA REVERSE LLC | ) |
| and COMPU-LINKCORPORATION | ) |
| *d/b/a CELINK*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 6:24-CV-045-C |

## ORDER

The Court notes that the Parties have filed a Joint Stipulation of Dismissal on August 29, 2024. As such, all claims are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each of the Parties to bear their own fees and costs.

SO ORDERED this 29th day of August, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE